IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE ELLIOTT, | No. C 09-80038 MISC |
| Plaintiff, | **ORDER RE: PRE-FILING ORDER** |
| v. | |
| SAN FRANCISCO BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

Plaintiff has been deemed a vexatious litigant, *see Elliot v. Marsh*, No. C 04-1600 MHP, and is required to obtain leave of court before filing any motion, complaint or other papers involving any claims that have been the subject of or are related to claims in *Elliot v. Marsh*.

The undersigned judge is currently assigned as Duty Judge and has determined that plaintiff's complaint received on March 4, 2009 (assigned MISC No. 09-80038) is not related to the claims at issue in *Elliot v. Marsh*.

Accordingly, the Court finds that plaintiff's instant complaint is not barred by the pre-filing order and should be filed and assigned according to the normal process.

**IT IS SO ORDERED.**

Dated: March 24, 2009

SUSAN ILLSTON
United States District Judge